| | |
|---|---|
| 1 | JEFFREY L. BLEICH (SBN 144340) |
| | ROHIT K. SINGLA (SBN 213057) |
| 2 | ERIN C. DOUGHERTY (SBN 4440939) |
| | MUNGER, TOLLES & OLSON LLP |
| 3 | 560 Mission Street, 27th Floor |
| | San Francisco, CA 94105-2907 |
| 4 | Telephone: (213) 683-9100 |
| | Facsimile: (213) 687-3702 |
| 5 | E-mail: *rohit.singla@mto.com* |

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

JAMES D. CLAYTOR (State Bar No. 53305)
FOLEY MCINTOSH FREY & CLAYTOR
3675 Mt. Diablo Blvd., Ste. 250
Lafayette, CA 94549
Telephone: (925)284-3020;
Facsimile: (925) 284-3029
Email: *jclaytor@foleymcintosh.com*

PAUL K. VICKREY (*pro hac vice*)
SALLY J. WIGGINS (*pro hac vice*)
NICHOLAS M. DUDZIAK (*pro hac vice*)
NIRO SCAVONE HALLER & NIRO
181 West Madison, Ste. 4600
Chicago, IL 60602-4515
Telephone: (312) 236-0733;
Facsimile: (312) 236-3137
Email: *vickrey@nshn.com*

Attorneys for Defendant
MULTIMETRIXS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Applied Materials, Inc., | CASE NO. C 06 7372 MHP |
| Plaintiff, | JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE |
| vs. | |
| MultiMetrixs, LLC, | Trial Date: March 11, 2008 |
| | Time: 9:00 a.m. |
| Defendant. | Location: Courtroom 15, 18th Floor |
| | Judge: Hon. Marilyn H. Patel |

4182867.1

WHEREAS, this Court has determined that trial in the first phase of this matter will commence on March 11, 2008;

WHEREAS, the parties have agreed to the following pretrial schedule;

| DATE | EVENT |
| --- | --- |
| 1/14/08 | Parties exchange witness lists for witnesses appearing live and by deposition |
| 1/21/08 | Parties exchange deposition designations |
| 1/23/08 | Parties exchange exhibit lists |
| 1/28/08 | Parties exchange deposition counterdesignations and objections to designations |
| 1/30/08 | Parties exchange objections to exhibit lists |
| 1/31/08 | Parties exchange objections to deposition counterdesignations |
| 2/1/08 | Applied's motion for sanctions filed with Court and served on MultiMetrixs<br><br>Parties exchange motions *in limine* |
| 2/4/08 | Parties meet & confer on exhibit lists and objections |
| 2/5/08 | Parties meet & confer on deposition designations, counterdesignations and objections |
| 2/7/08 | Parties exchange final pretrial materials and oppositions to motions *in limine* |
| 2/8/08 | Parties file pretrial materials with Court, including: deposition designations and objections for witnesses not appearing live; motions *in limine* and oppositions; exhibit lists |
| 2/8/08 | MultiMetrixs' opposition to motion for sanctions filed with Court |
| 2/26/08 | Pretrial conference |
| 2/29/08 | Parties file direct testimony filed with Court |
| 3/3/08 | Parties file proposed findings of fact and law with Court<br><br>Parties exchange trial graphics/demonstratives, including: schedules, summaries, diagrams and charts to be used at trial other than for impeachment or rebuttal |

1  IT IS THEREFORE STIPULATED AND ORDERED THAT the parties shall follow the above
2  pretrial schedule.

**IT IS SO ORDERED.**

DATED: January 10, 2008

Hon. Judge Marilyn H. Patel

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: January 8, 2008 | |
| 3 | | MUNGER, TOLLES & OLSON LLP |
| 4 | | By: _____/s/_____<br>Erin C. Dougherty |
| 5 | | Counsel for Plaintiff<br>APPLIED MATERIALS, INC. |
| 6 | | |
| 7 | Dated: January 8, 2008 | FOLEY MCINTOSH FREY & CLAYTOR<br>NIRO SCAVONE HALLER & NIRO |
| 8 | | |
| 9 | | By:_____/s/_____<br>Nicholas M. Dudziak |
| 10 | | Counsel for Defendant<br>MULTIMETRIXS, LLC |

# FILER'S ATTESTATION

I, Erin C. Dougherty, the user under whose username and password this JOINT STIPULATION AND [PROPOSED] ORDER REGARDING PRETRIAL SCHEDULE is being filed, hereby attest that I have obtain the written permission of Nicholas M. Dudziak to sign and electronically file this document on his behalf.

Date: January 8, 2008  Signature: _____/s/_____
                                  Erin C. Dougherty

4182867.1 — - 4 - — JOINT STIPULATION AND [PROPOSED] ORDER RE: PRETRIAL SCHEDULE