Jeffrey L. Bleich
Rohit Singla
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California  94105-2907
Telephone:  (415) 512-4000
Facsimile:  (415) 512-4077

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

James Claytor
Foley McIntosh Frey & Claytor
3675 Mt. Diablo Blvd., Suite 250
Lafayette, CA  94549
Phone:  (925) 284-3020
Fax:  (925) 284-3029

Paul K. Vickrey
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO
181 West Madison, Suite 4600
Chicago, Illinois  60602-4515
Phone: (312) 236-0733
Fax: (312) 236-3137

Attorneys for Defendant
MULTIMETRIXS, LLC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| APPLIED MATERIALS, INC., a Delaware corporation,<br><br>                    Plaintiff,<br><br>   v.<br><br>MULTIMETRIXS, LLC., a California limited liability company,<br><br>                 Defendant. | Case No.  06cv7372 (MHP)<br>**JOINT STIPULATION AND [PROPOSED] ORDER CONFIRMING DATE TO SET DATE TO FILE TRIAL MEMORANDUMS TO TUESDAY, FEBRUARY 19, 2008**<br><br>**Trial Date:  March 11, 2008**<br>**Time:          9:00a.m**<br>**Location:   Courtroom 15, 18th Floor**<br>**Judge:       Hon. Marilyn H. Patel** |

1   WHEREAS, this Court has determined that trial in the first phase of this matter

2   will commence on March 11, 2008;

3   WHEREAS, on December 4, 2007, this Court entered a pretrial schedule

4   ordering that pretrial filings are due by Saturday, February 16, 2008.

5   WHEREAS, February 16, 2008 is a Saturday.

6   WHEREAS, February 18, 2008 is a Court Holiday.

7   The parties may file their respective Trial Memorandums on Tuesday, February

8   19, 2008.

9   IT IS SO ORDERED:

10

11

12  Dated: __2/20/2008_____



Hon.
Judge Marilyn H. Patel

DATED: February 15, 2008

/s/Sally Wiggins_____
Sally Wiggins
NIRO, SCAVONE, HALLER & NIRO

Attorneys for Defendant
MULTIMETRIX, LLC

DATED: February 15, 2008

/s/Erin C. Dougherty
Erin C. Dougherty
MUNGER, TOLLES & OLSEN LLP

Attorneys for Plaintiff
APPLIED MATERIALS, INC.

## CERTICATE OF SERVICE

I, Sally Wiggins, the user under whose username and password this **JOINT STIPULATION AND [PROPOSED] ORDER CONFIRMING DATE TO SET TO FILE TRIAL MEMORANDUMS TO TUESDAY, FEBRUARY 19, 2008** is being filed, hereby attest that I have obtained the written permission of Erin C. Dougherty to sign and electronically file this document on his behalf.

Date: February 15, 2008                    Signature: <u>/s/Sally Wiggins</u>
                                                        Sally Wiggins
                                                        Niro, Scavone, Haller & Niro