1  JEFFREY L. BLEICH (SBN 144340)
   ROHIT K. SINGLA (SBN 213057)
2  ERIN C. DOUGHERTY (SBN 4440939)
   MUNGER, TOLLES & OLSON LLP
3  560 Mission Street, 27th Floor
   San Francisco, CA 94105-2907
4  Telephone: (213) 683-9100
   Facsimile: (213) 687-3702
5  E-mail: rohit.singla@mto.com

6  Attorneys for Plaintiff
   APPLIED MATERIALS, INC.
7
   JAMES D. CLAYTOR (State Bar No. 53305)
8  FOLEY MCINTOSH FREY & CLAYTOR
   3675 Mt. Diablo Blvd., Ste. 250
9  Lafayette, CA 94549
   Telephone: (925)284-3020;
10 Facsimile: (925) 284-3029
   Email: jclaytor@foleymcintosh.com
11
   PAUL K. VICKREY (*pro hac vice*)
12 SALLY J. WIGGINS (*pro hac vice*)
   NICHOLAS M. DUDZIAK (*pro hac vice*)
13 NIRO SCAVONE HALLER & NIRO
   181 West Madison, Ste. 4600
14 Chicago, IL 60602-4515
   Telephone: (312) 236-0733;
15 Facsimile: (312) 236-3137
   Email: vickrey@nshn.com
16
17 Attorneys for Defendant
   MULTIMETRIXS, LLC

18                UNITED STATES DISTRICT COURT

19                NORTHERN DISTRICT OF CALIFORNIA

20                    SAN FRANCISCO DIVISION

| Applied Materials, Inc., | CASE NO. C 06 7372 MHP |
|---|---|
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR |
| vs. | SUBMISSION OF PROPOSED CONCLUSIONS OF LAW |
| MultiMetrixs, LLC, | |
| Defendant. | Trial Date: March 11, 2008<br>Judge: Hon. Marilyn H. Patel |

4578236.1

WHEREAS, this Court ordered a pretrial schedule to which the parties had stipulated to on January 8, 2008;

WHEREAS that schedule required the parties to file Proposed Findings of Fact and Conclusions of Law on March 3, 2008;

WHEREAS this Court ordered at the February 26, 2008 Pretrial Conference that the parties shall file Proposed Conclusions of Law but not Proposed Findings of Fact;

WHEREAS, the parties would benefit from an additional day to prepare their respective Conclusions of Law to account for rulings at the Pretrial Conference;

THEREFORE the parties jointly stipulate to and respectfully request a one-day extension to prepare and file the Proposed Conclusions of Law to March 4, 2008.

Dated: March 3, 2008

MUNGER, TOLLES & OLSON LLP

By: /s/ Erin C. Dougherty
Erin C. Dougherty

Counsel for Plaintiff
APPLIED MATERIALS, INC.

Dated: March 3 , 2008

FOLEY MCINTOSH FREY & CLAYTOR
NIRO SCAVONE HALLER & NIRO

By: /s/ Nicholas M. Dudziak
Nicholas M. Dudziak

Counsel for Defendant
MULTIMETRIXS, LLC

**IT IS SO ORDERED.**

DATED: 3/4/2008

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## FILER'S ATTESTATION

I, Erin C. Dougherty, the user under whose username and password this JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE FOR SUBMISSION OF PROPOSED CONCLUSIONS OF LAW is being filed, hereby attest that I have obtain the written permission of Nicholas M. Dudziak to sign and electronically file this document on his behalf.

Date: March 3, 2008          Signature:  /s/ Erin C. Dougherty
                                         Erin C. Dougherty