UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

APPLIED MATERIALS, INC.,

        Plaintiffs,                          No. C 06-07372 MHP

    v.

MULTIMETRIXS, LLC,                    **ORDER RE SPECIAL MASTER**

        Defendants.

_____/

    By order of March 18, 2008 this court appointed Dr. A.J. Nichols as Special Master in this action and ordered that he retrieve certain documents from the offices of defendant MultiMetrixs LLC. The Special Master advises that he intends to execute the court's order on Friday, March 21, 2008. In order to insure that the Special Master is able to carry out his duties the court hereby appoints the United States Marshal for this District or one of his authorized deputies to accompany the Special Master and assist him as he may require on March 12 and at such other times as the Special Master may require the assistance of the Marshal's services.

    IT IS SO ORDERED.

Dated: March 20, 2008

                                              MARILYN HALL PATEL
                                              United States District Court Judge