GEORGE W. NOWELL,  SBN:  83868
 george.nowell@nowelllaw.com
PAUL B. ARENAS, SBN: 167863
 paul.arenas@nowelllaw.com
LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Telephone:  (415) 362-1333
Facsimile:  (415) 362-1344
**Attorneys for Defendants**
MULTIMETRIXS, LLC,
MARK KESEL, BORIS KESIL,
AND ELIK GERSHENZON

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)**

| | |
|---|---|
| APPLIED MATERIALS, INC., | Case No. 03:06-CV-7372-MHP |
| Plaintiff, | **NOTICE OF SUBSTITUTION OF ATTORNEY;** ~~**PROPOSED**~~ **ORDER** |
| v. | |
| MULTIMETRIXS, LLC, MARK KESEL, BORIS KESIL, AND ELIK GERSHENZON, | |
| Defendants. | |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that defendants MULTIMETRIXS, LLC, MARK KESEL, BORIS KESIL, AND ELIK GERSHENZON hereby substitutes the following retained attorneys:

> Judith L. Whitman, Esq.
> Diemer, Whitman & Cardosi, LLP
> 75 East Santa Clara Street, Suite 290
> San Jose, CA 95113
> Telephone: 408-971-6270
> Facsimile:   408-971-6271
> Email:  jwhitman@diemerwhitman.com

as Attorney of Record in the place and stead of:

1

LAW OFFICES OF GEORGE W. NOWELL
100 Montgomery Street, Suite 1990
San Francisco, CA 94104
Phone: (415) 362-1333 Fax: (415) 362-1344

Paul B. Arenas, Esq.
Law Offices of George W. Nowell
100 Montgomery Street, Suite 1990
San Francisco, CA 94104

All pleadings, orders, and notices should henceforth be served upon Judith L. Whitman at the address set out above.

I am duly admitted to practice in the Northern District of California; I am authorized by defendants and hereby consent to the Substitution.

Dated: February 1, 2009         DIEMER, WHITMAN & CARDOSI, LLP

/S/ Judith L. Whitman                         .
JUDITH L. WHITMAN, ESQ.

I am defendants' Attorney of Record and consent to this Substitution.

Dated: February 1, 2009         LAW OFFICES OF GEORGE W. NOWELL

/S/ Paul B. Arenas                         .
PAUL B. ARENAS, ESQ.

**ORDER**

It is so ordered.

_____
Hon. Marilyn H. Patel
UNITED STATES DISTRICT JUDGE

